**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

## UNITED STATES DISTRICT COURT

## DISTRCIT OF NEVADA

| | |
|---|---|
| Maria D. Hernandez de Toro,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC; Does I-X; and Roe Business Entities I-X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-1145-DJA<br><br>**Stipulation and Order to Dismiss All Claims With Prejudice** |

　　　COME NOW, the undersigned parties of record stipulate to dismiss Plaintiff's entire complaint, and all pending causes of action with prejudice; each party to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

293827748v.2

1     IT IS SO STIPULATED.

2                                      Respectfully Submitted by:

3 DATED this 28th day of February, 2025.    DATED this 28th day of February, 2025.

4 **GAZDA & TADAYON**

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

5 */s/Afshin Tadayon, Esq.*
LEWIS GAZDA, ESQ.
Nevada Bar No. 4269
AFSHIN TADAYON, ESQ.
Nevada Bar No. 6517
PAULINA WILLIAMS, ESQ. 16347
*Attorneys for Maria D. Hernandez de Toro*

*/s/ Jonathan C. Pattillo, Esq.*
MICHAEL P. LOWRY
Nevada Bar No. 10666
JONATHAN C. PATTILLO
Nevada Bar No. 13929
*Attorneys for Cardenas Markets, LLC*

IT IS SO ORDERED. The Clerk is kindly directed to close the case.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 3/4/2025

-2-

293827748v.2

**Kaufman, Jessica**

| | |
|---|---|
| **From:** | Afshin Tadayon <atadayon@hotmail.com> |
| **Sent:** | Friday, February 28, 2025 10:35 AM |
| **To:** | Pattillo, Jonathan C.; afshin@gazdatadayon.com; Lynn Shoen |
| **Cc:** | Kaufman, Jessica; Carla L Canada; paralegal@gazdatadayon.com; lewisjgazda@gmail.com |
| **Subject:** | Re: De Toro v. Cardenas SODW |

**EXTERNAL EMAIL** This email originated from outside the organization.

Hi Jonathan,

You may affix my e-signature on the Stip to dismiss.

THank,

Afshin Tadayon,Esq.



**From:** Pattillo, Jonathan C. <Jonathan.Pattillo@wilsonelser.com>
**Sent:** Friday, February 28, 2025 9:10 AM
**To:** Afshin Tadayon <atadayon@hotmail.com>; afshin@gazdatadayon.com <afshin@gazdatadayon.com>; Lynn Shoen <Lynn@gazdatadayon.com>
**Cc:** Kaufman, Jessica <Jessica.Kaufman@wilsonelser.com>
**Subject:** FW: De Toro v. Cardenas SODW

Hi Afshin

Checking to see if we have the approval for this stip?

Jonathan C. Pattillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702.727.1268 (Direct)
702.727.1400 (Main)
702.727.1401 (Fax)
jonathan.pattillo@wilsonelser.com

**From:** Kaufman, Jessica <Jessica.Kaufman@wilsonelser.com>
**Sent:** Friday, February 21, 2025 5:05 PM
**To:** disbursals@gazdatadayon.com

1